# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| MICHELLE M. KERRIGAN,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW M. SAUL, Commissioner of the<br>Social Security Administration,<br><br>Defendant. | CAUSE NO.: 3:20-CV-128-TLS-APR |

## ORDER

This matter is before the Court on a Report and Recommendation [ECF No. 19], filed by Magistrate Judge Andrew P. Rodovich on June 14, 2021. On February 7, 2020, the Plaintiff filed a Complaint [ECF No. 1] in which she sought to appeal a final administrative decision that denied her request for disability benefits. The Plaintiff filed an Opening Brief [ECF No. 16], the Defendant filed a Response [ECF No. 17], and the Plaintiff filed a Reply [ECF No. 18]. On April 13, 2020, this matter was referred to Judge Rodovich for a Report and Recommendation. *See* Order, ECF No. 9. In the June 14, 2021 Report and Recommendation, Judge Rodovich recommends that the Court reverse the decision of the Commissioner of the Social Security Administration and remand for further proceedings.

The Court's review of a Magistrate Judge's Report and Recommendation is governed by 28 U.S.C. § 636(b)(1)(C), which provides:

> Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge.

> The judge may also receive further evidence or recommit the matter to the
> magistrate judge with instructions.

28 U.S.C. § 636(b)(1)(C); *see also* Fed. R. Civ. P. 72(b)(2) ("Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations."). Judge Rodovich gave the parties notice that they had fourteen days to file objections to the Report and Recommendation. As of the date of this Order, neither party has filed an objection to Judge Rodovich's Report and Recommendation, and the time to do so has passed. The Court has reviewed the Report and Recommendation and finds that the Magistrate Judge's proposed disposition is well taken.

Therefore, the Court ACCEPTS, IN WHOLE, the Report and Recommendation [ECF No. 19]. The Court REVERSES the final decision of the Commissioner of the Social Security Administration and REMANDS this matter for further proceedings.

SO ORDERED on July 6, 2021.

>                s/ Theresa L. Springmann
>                JUDGE THERESA L. SPRINGMANN
>                UNITED STATES DISTRICT COURT